**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BENJAMIN LIGERI
CENTRAL CONCEPTS, INC
TRADEMARK HOLDINGS, LLC
GLOBAL SPECIALTY PRODUCTS, LLC
MEDCARE, LLC

Plaintiffs,

- against -

AMAZON.COM, INC
AMAZON, LLC
AMAZON SERVICES, LLC
AMAZON MEXICO SERVICES, INC
AMAZON BUSINESS PAYMENTS, INC
AMAZON PAYMENTS, INC
AMAZON CAPITAL SERVICES, INC,

Defendants.

Case No. 3:23-cv-00603-JAM

ORAL ARGUMENT REQUESTED

**DEFENDANT AMAZON'S MOTION TO COMPEL ARBITRATION**
**PURSUANT TO THE FEDERAL ARBITRATION ACT,**
**OR IN THE ALTERNATIVE TO TRANSFER VENUE**

Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc. (collectively, "Amazon")[1] hereby move to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*., and to stay this action because Plaintiffs' claims in the Complaint must be submitted to arbitration pursuant to the parties' written agreement to arbitrate. In the alternative, Amazon submits this motion to transfer this action to the Western District of Washington pursuant to 28 U.S.C. § 1404. The grounds and authorities for this cross motion and opposition are set forth in

[1] No entity named "Amazon, LLC" or "Amazon Business Payments, Inc." exists. Amazon.com Services LLC answers for Amazon Services, LLC, which does not exist.

the accompanying Brief in Support and the accompanying Declaration of Natalia Parker, with exhibits attached thereto. A proposed order is submitted with this filing.

Dated: New York, New York
June 23, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: ______________________
John M. Magliery (ct29798)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Ph: (212) 489-8230
johnmagliery@dwt.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc.*

*Of counsel:*
Adam Sgro
Kimberly Saindon