**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BENJAMIN LIGERI
CENTRAL CONCEPTS, INC
TRADEMARK HOLDINGS, LLC
GLOBAL SPECIALTY PRODUCTS, LLC
MEDCARE, LLC

Plaintiffs,

- against -

AMAZON.COM, INC
AMAZON, LLC
AMAZON SERVICES, LLC
AMAZON MEXICO SERVICES, INC
AMAZON BUSINESS PAYMENTS, INC
AMAZON PAYMENTS, INC
AMAZON CAPITAL SERVICES, INC,

Defendants.

Case No. 3:23-cv-00603-JAM

**DEFENDANTS' MOTION TO ALLOW WITNESS TO TESTIFY REMOTELY AT THE APRIL 8, 2024 BENCH TRIAL, OR IN THE ALTERNATIVE, FOR A CONTINUANCE**

Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc. (collectively, "**Amazon**")[1] respectfully request that the Court permit one of Amazon's intended witnesses testify remotely at the bench trial on the issue of arbitrability of Plaintiffs' claims, currently set to begin on April 8, 2024. *See* Dkt. No. 50.

At the bench trial, Amazon plans to have its employee, Orkun Ozbatur, a resident of Luxembourg and currently located in Istanbul, Türkiye, testify as a witness. Declaration of Orkun Ozbatur ("Ozbatur Decl.") at ¶¶ 5-6. Mr. Ozbatur is a Senior Manager, Product

[1] No entity named "Amazon, LLC" or "Amazon Business Payments, Inc." exists. Amazon.com Services LLC answers for Amazon Services, LLC, which does not exist.

Management in Amazon's Worldwide Seller Partner Services' Registration Department, and has intimate knowledge of Amazon's seller registration processes. Ozbatur Decl. at ¶ 1. Mr. Ozbatur recently suffered an injury, and is on medical leave for one month on the recommendation of his doctor. *Id*., at ¶ 6.

Amazon respectfully requests that the Court permit Mr. Ozbatur to testify remotely at the bench trial. In the alternative, if the Court wishes for Mr. Ozbatur to testify in person, Amazon requests the bench trial be continued for 30 days to allow Mr. Ozbatur to recover before he is required to travel. Mr. Ozbatur is the Amazon employee most knowledgeable about its seller registration processes from 2014 to the present, and Amazon believes his testimony is necessary for its motion. *Id*., at ¶ 3.

Dated: New York, New York
March 28, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ John M. Magliery*
John M. Magliery (CT29798)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Ph: (212) 489-8230
johnmagliery@dwt.com

Adam Sgro (*pro hac vice)*
adamsgro@dwt.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc.*