**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

**BENJAMIN LIGERI**
**CENTRAL CONCEPTS, INC**
**TRADEMARK HOLDINGS, LLC**
**GLOBAL SPECIALITY PRODUCTS, LLC** **DOCKET NO. 3:23-cv-00603**
**MEDCARE, LLC**
**Plaintiffs,**

**vs**

**AMAZON.COM, INC**
**AMAZON, LLC**
**AMAZON SERVICES, LLC**
**AMAZON MEXICO SERVICES, INC**
**AMAZON BUSINESS PAYMENTS, INC**
**AMAZON PAYMENTS, INC**
**AMAZON CAPITAL SERVICES, INC,**
**Defendants** **MARCH 29, 2024**

**WITNESS AND EXHIBIT LIST**

The Plaintiffs, through Undersigned Counsel hereby disclose the following witness list and exhibits for the April 8, 2024 evidentiary hearing:

**I. Witnesses**

A. Benjamin Ligeri CEO of Central Concepts, Inc.; CEO of Trademark Holdings; LLC; CEO of Global Specialty Products, LLC; CEO of Medcare, LLC, 349 Beach Bond Road Voluntown, Connecticut.

*Summary of Testimony*: The Witness will testify as to the books and business records of the Plaintiffs, which the witness has personal knowledge and control of said business records, establishing that there was no agreement made with Amazon as to arbitration of any claims as of the time the Plaintiff's acquired and purchased the Amazon accounts this Action concerns. The Witness will also testify as the  trademark infringements, and all other areas of testimony of other witnesses in relation to what

occurred with the Amazon Accounts which other witnesses have initially created or owned prior to the Plaintiffs' ownership via their sale and transfer to the Plaintiffs. This testimony will include the facts and travel of the post-creation purchases by and for the benefit of the Plaintiffs of the Twin Horses, PrimeMed, My Medical Warehouse, Health and Household and Jasmine's Gifts Amazon Accounts. Mr. Ligeri will demonstrate the process of an account ownership transfer between the old and new account owners via the special Amazon portal.

Mr. Ligeri will further offer testimony as to ¶¶55-66 of the Verified Complaint relative to Defendants' practice that render all of their agreements as unenforceable adhesion contracts (Counts Four and Five, ¶¶105-122). This particular testimony will be directly tied into the means and schemes by which the Defendants infringed the Plaintiffs' Marks and unlawfully acquired Plaintiffs' trade secrets (Counts One, Eleven and Thirteen see also ¶¶16-18, 67-82, and 88-93 of Verified Complaint).

In sum, the testimony of Mr. Ligeri will establish and prove that the arbitration and forum clause selection agreements within the BSA : (1) were not the product of a meeting of the minds or accepted principles of contract formation as the Plaintiffs received no reasonable notice and have not consented to these clauses ; (2) were the product of fraud and fraudulent inducement; (3) were overreaching and unconscionable; (4) were permissive because they permit trademark disputes to be resolved by this Court and because the objective of Defendants' conduct and unlawful trade practices was to usurp all rights, revenues and trade secrets associated from Plaintiffs' Marks from Plaintiffs as complained of in Count One. Further, Mr. Ligeri will testify as to the inadequacy of

Amazon's systems to address trademark infringement.

B. Timothy Mignacca CEO of Wholly Wholesale, LLC 172 Rock Hill Road, Coventry, RI 02816

*Summary of Testimony*: The witness will testify as to the My Medical Warehouse Account acquired by Plaintiffs, and more specifically, as to its origin and the Defendants' alleged agreed upon arbitration clause and forum selection clause
Terms were never transferred to the Plaintiff in this Action. He will also testify as to the inability to access the account. In sum, the testimony of Mr. Mignacca will be to establish that none of the Plaintiffs created these accounts or executed the Clickwrap to do so, nor were any of those obligations in the purported BSA agreements assumed by any of the Plaintiffs. He will further testify as to the inadequacy of Amazon's systems to address trademark infringement and corroborate Mr. Ligeri's testimony and experience as an Amazon seller.

C. Natalia Parker Amazon Legal Department 410 Terry Avenue North Seattle, WA 98109-5210, Amazon Litigation Paralegal

Summary of Testimony: The witness will testify as to what steps she took to purport to comply with the Computerized Business Records Exception to the Hearsay Rule when she supplied her initial affidavit in support of Defendants' Motion to Compel arbitration along with the facts, travel and investigatory steps taken prior to executing said affidavit.

D. H. Morrow Long, CISSP, CISM, CEH 8 Leatherman Trail, Hamden, CT 06518-2045, Expert Witness

Summary of Testimony: To examine and impeach the digital evidence offered by Defendants and to additionally establish that there was no way that the Plaintiffs validity executed the agreements as Defendants' contend.

**II. Exhibits**

Exhibit Px001 – Amazon Screenshot 2024-03-08 at 5.03 competing with PrimeMed Product Directly re PrimeMed Cups

Exhibit 002 – Purchase and Sale Agreement between Plaintiffs and Wholly Wholesale

Exhibit 003 – Transfer Agreement for Account Associated with Merchant Token A18M4UMTJZGP6

Exhibit 004 – Trademark Assignments Executed by Timothy Mignacca

Exhibit 005 – Jasmine Alcantra Agreement to Transfer Accounts

Exhibit 006 – November 2023 police report

Exhibit 007 – August 2023 police report

Exhibit 008 – Declaration of Natalia Parker

Exhibit 009 – Amazon refusal to take down listing infringing IP

Exhibit 010 – Amazon Email re Jan 2 2024 refusal to take down infringing IP

Exhibit 011 – Amazon materials representing that it fights IP infringement

Exhibit 012 – Email re inability to permit selling of Green Sky Brand

Exhibit 013 - Dhaval Joshi Email Re Inability to Sell Plaintiffs' Brands through Amazon

Exhibit 014 – Screenshots and Email, in ability to post PrimeMed Items

Exhibit 015 - Tiberias Vanguard Application Denied

Exhibit 016 – Myagi Do infringement listing of socks

Exhibit 017 – Vanguard Account Deactivated, Funds Withheld

Exhibit 018 - Letter of Authorization to sell - Darin Schmidt Green Sky

Exhibit 019 – H. Morrow Long Resume

Exhibit 020 – Verified Complaint

FOR THE PLAINTIFFS,
CENTRAL CONCEPTS, INC
TRADEMARK HOLDINGS, LLC
GLOBAL SPECIALITY PRODUCTS, LLC
MEDCARE, LLC

Dated this 29th day of March 2024 at New Haven, Connecticut

By:/s/ Paulus Chan
Paulus H. Chan, Esq.
157 Forest Hill Road,
North Haven CT 06473
Tel: (860) 250-9536
Fax: (860) 631-1111
Email: phc_ssg@yahoo.com

CERTIFICATE OF SERVICE

I, Paulus Chan, certify that a copy of the foregoing was transmitted to Counsel for the Defendants below on or before this March 29, 2024 via PACER's ECF filings system.

/s/ Paulus Chan

Paulus Chan

John M. Magliery
Adam Sgro
Davis Wright Tremaine LLP - NY
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
212-489-8320
Fax: 212-489-8340
Email: johnmagliery@dwt.com