**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

**BENJAMIN LIGERI**
**CENTRAL CONCEPTS, INC**
**TRADEMARK HOLDINGS, LLC**
**GLOBAL SPECIALITY PRODUCTS, LLC** **DOCKET NO. 3:23-cv-00603**
**MEDCARE, LLC**
**Plaintiffs,**

**vs**

**AMAZON.COM, INC**
**AMAZON, LLC**
**AMAZON SERVICES, LLC**
**AMAZON MEXICO SERVICES, INC**
**AMAZON BUSINESS PAYMENTS, INC**
**AMAZON PAYMENTS, INC**
**AMAZON CAPITAL SERVICES, INC,**
**Defendants** **MARCH 29, 2024**

**OBJECTION TO MOTION FOR PERMISSION TO ALLOW WITNESS TO TESTIFY REMOTELY**

The Plaintiffs respectfully object to the Defendants' motion to allow thier witness to testify remotely, stating as follows:

The Defendants proffered Natalia Parker as the individual who had first hand knowledge of this matter as well as her declaration. Plaintiffs have issued a subpoena to make her available for the proceedings scheduled for April 8, 2024, in person. Her declaration stated, "I make this Affidavit based on personal knowledge based on my review of Amazon's records kept and relied upon in the ordinary course of business and information provided to me by Amazon personnel in the course of their duties." Id ¶1, ECF 24-1

The Defendants do not explain why their enterprise, which is worth half a trillion

dollars in revenue per year with more logistics infrastructure than the United State Postal Service, requires and can only rely on one specific individual overseas – said individual just happening to have a medical condition preventing in person testimony.

Further, the Plaintiffs have retained an IT expert H. Morrow Long, CISSP, CISM, CEH, who maintains that he must examine Defendants data and claims in person in order to properly evaluate them, and such examination would be impossible and unduly frustrated during a remote hearing.

However, the Plaintiffs do consent to continuing this matter to May 6, 2024 to faciliate an in person hearing.

WHEREFORE, this objection should be sustained to the extent the motion calls for remote participation, but granted as to a continuance to May 6, 2024.

FOR THE PLAINTIFFS,
CENTRAL CONCEPTS, INC
TRADEMARK HOLDINGS, LLC
GLOBAL SPECIALITY PRODUCTS, LLC
MEDCARE, LLC
By:/s/ Paulus Chan

Paulus H. Chan, Esq.
157 Forest Hill Road,
North Haven CT 06473
Tel: (860) 250-9536
Fax: (860) 631-1111
Email: phc_ssg@yahoo.com

Dated this 29th day of March 2024 at
New Haven, Connecticut

CERTIFICATE OF SERVICE

I, Paulus Chan, certify that a copy of the foregoing was transmitted to Counsel for the Defendants below on or before this March 29, 2024 via PACER's ECF filings system.

/s/ Paulus Chan

Paulus Chan

John M. Magliery
Adam Sgro
Davis Wright Tremaine LLP - NY
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
212-489-8320
Fax: 212-489-8340
Email: johnmagliery@dwt.com