**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BENJAMIN LIGERI<br>CENTRAL CONCEPTS, INC<br>TRADEMARK HOLDINGS, LLC<br>GLOBAL SPECIALTY PRODUCTS, LLC<br>MEDCARE, LLC<br><br>Plaintiffs,<br><br>- against -<br><br>AMAZON.COM, INC<br>AMAZON, LLC<br>AMAZON SERVICES, LLC<br>AMAZON MEXICO SERVICES, INC<br>AMAZON BUSINESS PAYMENTS, INC<br>AMAZON PAYMENTS, INC<br>AMAZON CAPITAL SERVICES, INC,<br><br>Defendants. | Case No. 3:23-cv-00603-JAM |

**DEFENDANT AMAZON'S PRE-TRIAL SUBMISSION IN ACCORDANCE WITH THE COURT'S FEBRUARY 28, 2024 ORDER RE EVIDENTIARY HEARING FOR MOTION TO COMPEL ARBITRATION AND/OR TO TRANSFER VENUE**

DAVIS WRIGHT TREMAINE LLP
John M. Magliery
Adam Sgro (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Ph: (212) 489-8230
johnmagliery@dwt.com
adamsgro@dwt.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc.*

In response to the Court's February 28, 2024 Order Re Evidentiary Hearing for Motion to Compel Arbitration and/or to Transfer Venue (Dkt. No. 50) ("Order"), Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc, Amazon Payments, Inc, and Amazon Capital Services, Inc. (collectively, "Amazon")[1] make this pre-trial submission of certain anticipated evidence that will be presented in support of its motion for an order compelling Plaintiffs Benjamin Ligeri (individually, "Ligeri"), Central Concepts, Inc, Trademark Holdings, LLC, Global Specialty Products, LLC, Medcare, LLC (collectively, "Plaintiffs") to arbitrate pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 3, 4, or, in the alternative, to transfer venue to the Western District of Washington pursuant to 28 U.S.C. § 1404 based on the parties' choice of forum.

## I. List of the names, titles, and work addresses of Amazon's witnesses.

Orkun Ozbatur
Senior Manager, Product Management
Worldwide Seller Partner Services' Registration
Luxembourg City, Luxembourg

Kevin Pak
Senior Content Editor
Seller Content Team
Sammamish, Washington

Eric Smith
Manager, Risk Management
Tempe, Arizona

[1] No entity named "Amazon, LLC" or "Amazon Business Payments, Inc." exists. Amazon.com Services LLC answers for Amazon Services, LLC, which does not exist.

## II. Summary of each witness's anticipated testimony.

### A. Orkun Ozbatur

Mr. Ozbatur will testify that he is the Senior Manager, Product Management in Amazon's Worldwide Seller Partner Services' Registration department, located in Luxembourg City, Luxembourg. His responsibilities include managing the third-party seller registration experience for the Amazon.com store and its international counterparts.

Mr. Ozbatur will testify that Amazon.com Services LLC owns and operates the Amazon.com store ("Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. He will testify that, in addition to selling products directly to customers, Amazon allows third-parties to create seller accounts and sell products in the Amazon Store. He has knowledge regarding how third-party sellers can register to sell on the Amazon Store.

Specifically, he will testify that, in order to open an Amazon selling account in the Amazon Store, sellers must first access the selling account creation page on Amazon's Seller Central website at https://sellercentral.amazon.com/. Mr. Ozbatur will identify and provide testimony concerning an exhibit that shows the selling account creation page. Seller Central is the portal sellers use to access their Amazon seller account. It provides a centralized location where sellers can track sales including fulfilled by Amazon sales, update and list products, track inventory, manage payments and refunds, download reports, and contact Amazon for seller support.

Mr. Ozbatur will testify that the seller registration process begins with the "Create Account" page, where the prospective seller must choose a login name, provide a password, and provide a verified email address. After that initial page, the prospective seller comes to the

"Seller Agreement" page, where the seller provides their legal name and affirmatively agrees to the Business Solutions Agreement ("BSA").

He will testify that, in order to register a selling account in the Amazon Store, a third-party seller must accept and agree to the BSA and the policies it incorporates, which set the terms and conditions under which sellers may sell products in the Amazon Store.

He will testify that, prior to 2019, Amazon required sellers to check a box to confirm agreement to the BSA. From November 4, 2019 to the present, the Seller Agreement page contained a notice stating "By clicking on 'Agree and continue', you agree to the Amazon Services Business Solutions Agreement …". If a seller does not check the box to confirm agreement to the BSA (pre-2019) or click "Agree and continue" (2019 onwards), they cannot advance to the next page of the seller registration process, cannot open a selling account, and cannot sell on Amazon. Amazon provides all sellers with an opportunity to review the BSA before they decide whether to accept its terms and register a selling account through a hyperlink that is present on the Seller Agreement page.

Mr. Ozbatur will also testify that, during the account creation process, a seller must provide Amazon with, among other things, the name of the individual or entity that will be the legal owner of the account, the name of the individual that is acting on behalf of the entity to open the account, and an email address which Amazon will use to correspond with the seller. Furthermore, during account registration, sellers elect certain countries, either by choice or automatically depending on their location and the date of registration, which then allows that seller's account to start the process of listing products for sale on that country's Amazon store. The Amazon.com store is the Amazon store for the United States.

Mr. Ozbatur will identify and provide testimony concerning an exhibit that shows the pre-2019 Seller Agreement page with the clickable box, immediately adjacent to the BSA hyperlink, informing the seller that clicking the box confirms the seller has “read and accepted” the terms of the BSA.

He will also identify and provide testimony about the 2019 to present Seller Agreement page, which contains a link to the BSA and which requires a seller to click “Agree and continue” in order to proceed to register an account.

**B. Kevin Pak**

Mr. Pak will testify that he is a Senior Content Editor on Amazon’s Seller Content team. His responsibilities include managing, translating, and publishing seller-facing content, mostly through Seller Central, which is the primary portal for Amazon sellers.

Mr. Pak, like Mr. Ozbatur, will testify that Amazon.com Services LLC owns and operates the Amazon Store, and Amazon’s affiliates own and operate equivalent counterpart international stores and websites. He will also testify that, in addition to selling products directly to customers, Amazon allows third-parties to create seller accounts and sell products in the Amazon Store. SH will testify that, to register a selling account in the Amazon Store, a third-party seller must accept and agree to the BSA and the policies it incorporates, which set the terms and conditions under which sellers may sell products in the Amazon Store.

Mr. Pak will testify that various versions of the BSA were in effect for the Amazon Store in different time periods, as Amazon has occasionally modified the BSA from 2014 to the present, but that each of them contained an arbitration provision substantially similar to Section 18 in the current version of the BSA. Mr. Pak will testify about the systems Amazon uses to maintain its records of prior versions of the BSA, including screenshots showing those tools.

Mr. Pak will identify and provide testimony about a series of exhibits showing each version of the BSA that was in effect from 2014 to the present, including those that were in effect when Plaintiffs' Selling Accounts were created on January 30, 2014, March 11, 2014, June 22, 2017, and December 8, 2019.

Mr. Pak will also testify about third party sellers' interaction with Amazon. He will testify that all such interaction takes place through Amazon's Seller Central website (accessible at https://sellercentral.amazon.com/), which is the portal sellers use to access their Amazon seller account. It provides a centralized location where sellers can track sales including fulfilled by Amazon sales, update and list products, track inventory, manage payments and refunds, download reports, and contact Amazon for seller support. Mr. Pak will identify and provide testimony concerning an exhibit that shows Amazon's Seller Central website.

Mr. Pak will also testify about how changes to the BSA are communicated to third party sellers. He will testify that Amazon posts a notice to the Seller Central website available at https://sellercentral.amazon.com/help/hub/reference/external/G47071 which notifies sellers of the update to the BSA. He will identify and provide testimony concerning exhibits that show examples of the notices posted to Seller Central that alerted third party sellers of updates to the BSA from through 2023, and when those notices were available.

Mr. Pak will also testify that, from at least 2014 until the present, third party sellers can access a copy of the current version of the BSA for the Amazon Store on Seller Central. He will identify and provide testimony regarding an exhibit showing how to access the BSA in Seller Central.

Mr. Pak will provide further testimony about Amazon's policies regarding the prohibition on the transfer of selling accounts, as well as Amazon's seller code of conduct, and how those policies are communicated to sellers.

**C. Eric Smith**

Mr. Smith will testify that he is a Manager in Amazon's Risk Management Department, located in Tempe, Arizona. His responsibilities include managing a team that handles enforcements against selling accounts and product listings in the Amazon Store, and maintaining and review records of third party sellers in the Amazon store related to that role.

Mr. Smith will testify that Seller Central (https://sellercentral.amazon.com/) is the portal sellers use to access and manage their Amazon selling account. He will also explain that Seller Central provides a centralized location where sellers can track sales including fulfilled by Amazon sales, update and list products, track inventory, manage payments and refunds, download reports, and contact Amazon for seller support.

Mr. Smith will also testify that, during the account creation process, a seller must provide Amazon with certain information about the seller that Amazon stores in its systems. He will testify that Amazon requires each selling account to be registered under a unique name, and each selling account is also assigned a unique identification number by Amazon. The selling account names selected by third-party sellers do not necessarily reflect the legal names of their businesses. Sellers can change the public account name during the operation of their selling account, but the unique identification number assigned by Amazon stays the same.

He will identify and testify about an exhibit showing the information about Plaintiffs' Selling Accounts, such as the registration dates, the legal name of the account owners, email address, account users, and payment information. Mr. Smith will testify that Amazon does not

permit transfer of accounts, and that Amazon has no record of any consent it ever granted for any of these accounts to be transferred from the original registrant.

He will also testify that Amazon communicates with its sellers through the email address that the operators of a selling account provide to Amazon in connection with their account. Sellers can also review communications directly on Seller Central. He will testify that Amazon makes an electronic record of such communications. He will identify and provide testimony about an exhibit showing certain communications between Amazon and the Plaintiffs' Selling Accounts, including describing how the data is stored and what information it contains. He will explain how to review the content of the communications, and he will identify examples of communications that specifically reference the parties' agreement, the BSA, and refers to the terms of the BSA to provide information or answer questions.

**III. List of exhibits, and a copy of each exhibit.**

1. Amazon 1: Screenshot of Selling Account Create Account Page
2. Amazon 2: Screenshot of Pre-2019 BSA Agreement Page
3. Amazon 3: Screenshot of Post-2019 BSA Agreement Page
4. Amazon 4: Screenshot of Amazon Tool Ajuda that is BSA Repository
5. Amazon 5: Screenshot of Amazon Tool OAS that is BSA Repository
6. Amazon 6-47: Versions of Amazon's Business Solutions Agreement from 2013-December 2023
7. Amazon 48: Screenshot of Seller Central Landing Page
8. Amazon 49: Example of Notice Page Article
9. Amazon 50: Example of Notice Page Article for BSA Update
10. Amazon 51-61: Notices of BSA Updates

11. Amazon 62: Screenshot of how to Access BSA on Seller Central
12. Amazon 63: Screenshot of FAQ on Account Transfers
13. Amazon 64-65: Versions of Amazon FAQ on Account Transfers
14. Amazon 66: Screenshot of Seller Code of Conduct
15. Amazon 67: Amazon Record of Seller Code of Conduct October 2022 – March 2024
16. Amazon 68: Amazon's Records Showing Account Information for Plaintiffs' Selling Accounts from Paragon Tool
17. Amazon 69: Health and Household Selling Account Registered Payment Accounts
18. Amazon 69: Health and Household Selling Account Registered Payment Accounts
19. Amazon 70: Medcare Industries Selling Account Registered Payment Accounts
20. Amazon 71: Health and Household Selling Account Registered Payment Accounts
21. Amazon 72: Health and Household Selling Account Registered Payment Accounts
22. Amazon 73: Records of Emails between Plaintiffs and Amazon Referencing the BSA
23. Amazon 74: Page in Seller Central Where BSA is Accessible
24. Amazon 75: Screenshots of Amazon's Records of Sales Made by Plaintiffs' Selling Accounts

Dated: New York, New York
March 29, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *_/s/ John M. Magliery_*
John M. Magliery
Adam Sgro (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Ph: (212) 489-8230
johnmagliery@dwt.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc.*