Civil-Trial (3/7/2011)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Diahann Lewis RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 05 hours 55 minutes

DATE: 4/8/2024 START TIME: 10:00 END TIME: 5:00

LUNCH RECESS FROM: 1:00 TO: 1:35

RECESS (if more than ½ hr) FROM: 3:00 TO: 3:00

CIVIL NO. 3:23cv603 (JAM)

Ligeri

vs

Amazon et al

Chan
Plaintiff's Counsel

Magliery, Sgro
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- ☐ ............Jury of ________ reported. ☐ Jury sworn
- ☐ ............Juror # ____________ excused.
- ☐ ............Jury Trial held ☐ Jury Trial continued until ______________ at ______________
- ☑ ............ ☑ Court Trial begun ☑ Court Trial held ☑ Court Trial continued until 4/9/2024 at 10:00
- ☐ ............ Court Trial concluded ☐ DECISION RESERVED
- ☐ .....#_____Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ....#_____Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ....#_____Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ....#_____Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion __________________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... __________________ ☐ filed ☐ docketed
- ☐ ...... __________________ ☐ filed ☐ docketed
- ☐ ...... __________________ ☐ filed ☐ docketed
- ☐ ...... __________________ ☐ filed ☐ docketed
- ☐ ...... __________________ ☐ filed ☐ docketed
- ☑ ............ Plaintiff(s) rests ☐ Defendant(s) rests
- ☐ ............ Briefs(s) due ☐ Pltf __________ ☐ Deft _________ ☐ Reply __________
- ☐ ............ ☐ Summations held ☐ Court's Charge to the Jury
- ☐ ........... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
- ☐ ........... Jury commences deliberations at __________________
- ☐ ........... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☐ ........... SEE page 2 for verdict
- ☐ ........... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: ____________________

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

**MISCELLANEOUS PROCEEDINGS**