Civil-Trial (3/7/2011)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Diahann Lewis RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 7 hours 17 minutes

DATE: 4/9/20/2024 START TIME: 10:05 END TIME: 6:04

LUNCH RECESS FROM: 1:05 TO: 1:47

RECESS (if more than ½ hr) FROM: ______ TO: ______

CIVIL NO. 3:23cv603 (JAM)

Ligeri

vs

Amazon et al

Chan
Plaintiff's Counsel

Magliery, Sgro
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- ☑ ............Jury of ________ reported. ☐ Jury sworn
- ☐ ............Juror # ___________ excused.
- ☐ ............Jury Trial held ☐ Jury Trial continued until ___________ at ___________
- ☑ ........... ☐ Court Trial begun ☑ Court Trial held ☐ Court Trial continued until ___________
- ☑ ........... Court Trial concluded ☑ DECISION RESERVED
- ☒ .....# 24 Motion to compel ☐ granted ☐ denied ☒ advisement
- ☐ ....#_____Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ....#_____Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ....#_____Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... Oral Motion___________ ☐ granted ☐ denied ☐ advisement
- ☐ ...... ___________ ☐ filed ☐ docketed
- ☐ ...... ___________ ☐ filed ☐ docketed
- ☐ ...... ___________ ☐ filed ☐ docketed
- ☐ ...... ___________ ☐ filed ☐ docketed
- ☐ ...... ___________ ☐ filed ☐ docketed
- ☑ ........... Plaintiff(s) rests ☑ Defendant(s) rests
- ☑ ........... Briefs(s) due ☑ Pltf 5/3/2024 ☑ Deft 5/10/2024 ☑ Reply________
- ☐ ........... ☐ Summations held ☐ Court's Charge to the Jury
- ☐ .......... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
- ☐ .......... Jury commences deliberations at ___________
- ☐ .......... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- ☐ .......... SEE page 2 for verdict
- ☐ .......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: ______________________________

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

**MISCELLANEOUS PROCEEDINGS**