AUG 29 2024 PM1:25
FILED-USDC-CT-NEW HAVEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

**BENJAMIN LIGERI**
**CENTRAL CONCEPTS, INC**
**TRADEMARK HOLDINGS, LLC**
**GLOBAL SPECIALITY PRODUCTS, LLC** **DOCKET NO. 3:23-cv-00603**
**MEDCARE, LLC**
**Plaintiffs,**

**vs**

**AMAZON.COM, INC**
**AMAZON, LLC**
**AMAZON SERVICES, LLC**
**AMAZON MEXICO SERVICES, INC**
**AMAZON BUSINESS PAYMENTS, INC**
**AMAZON PAYMENTS, INC**
**AMAZON CAPITAL SERVICES, INC,**
**Defendants** **AUGUST 22, 2024**

**NOTICE OF APPEAL**

To the Clerk:

Please enter my pro se appeal of the Court's (Meyer, J) order on August 2, 2024 at ECF 79 GRANTING MOTION TO COMPEL ARBITRATION AS TO MOST CLAIMS AND DISMISSING REMAINING NON-ARBITRABLE CLAIMS THAT ARE SUBJECT TO AN ALTERNATIVE FORUM SELECTION CLAUSE", which I enter on my own behalf as a pro se party to the United States Court of Appeals for the Second Circuit.

FOR THE PLAINTIFF,
BENJAMIN LIGERI

_______________

349 Breach Pond Rd
Voluntown, CT 06384
(401) 525-6340
benligeri@gmail.com

Dated this 22 day of August 2024 at
Voluntown, Connecticut

CERTIFICATE OF SERVICE

I, Benjamin Ligeri, certify that a copy of the foregoing was transmitted to Counsel for the Defendants below on or before this August 22, 2024 via PACER's ECF filings system.

_______________________

Benjamin Ligeri

John M. Magliery
Adam Sgro
Davis Wright Tremaine LLP - NY
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
212-489-8320
Fax: 212-489-8340
Email: johnmagliery@dwt.com

Paulus Chan
157 Forest Hill Road,
North Haven CT 06473
Tel: (860) 250-9536
Fax: (860) 631-1111
Email: phc_ssg@yahoo.com

Ben Ligeri
344 Beach Pond Rd
Volantown, CT 06384

HARTFORD CT 060
27 AUG 2024 PM 3 L

FOREVER / USA

US District Court
141 Church St
New Haven, CT 06471

06510-207899