UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BENJAMIN LIGERI
CENTRAL CONCEPTS, INC
TRADEMARK HOLDINGS, LLC
GLOBAL SPECIALTY PRODUCTS, LLC
MEDCARE, LLC

Plaintiffs,

- against -

AMAZON.COM, INC
AMAZON, LLC
AMAZON SERVICES, LLC
AMAZON MEXICO SERVICES, INC
AMAZON BUSINESS PAYMENTS, INC
AMAZON PAYMENTS, INC
AMAZON CAPITAL SERVICES, INC,

Defendants.

Case No. 3:23-cv-00603-JAM

**DEFENDANTS' FIRST STATUS REPORT CONCERNING ARBITRATION**

Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc. (collectively, "Amazon")[1] submit this status report pursuant to the Court's August 2, 2024 Order Granting Motion to Compel Arbitration as to Most Claims and Dismissing Remaining Non-Arbitrable Claims that Are Subject to an Alternative Forum Selection Clause ("Order") (Dkt. 79). As set forth in the Order, the Court granted Amazon's motion to compel arbitration, requiring Defendants to arbitrate the majority of their claims against Amazon asserted in the Complaint. Dkt. 79, 19-20. The Order further required Amazon "file a status report concerning the progress of arbitration on November 1, 2024, and every 90 days thereafter."). *Id.*, 20. Amazon informs the Court that Defendants have

[1] No entity named "Amazon, LLC" or "Amazon Business Payments, Inc." exists. Amazon.com Services LLC answers for Amazon Services, LLC, which does not exist.

not initiated an arbitration proceeding against Amazon or otherwise served Amazon with an arbitration demand. Plaintiff Ligeri has however filed a Notice of Appeal of the Order, which is a non-appealable order. Dkt. 80.

Pursuant to the Order and unless the Court directs otherwise, Amazon will continue to file periodic status reports every 90 days as to the status of any arbitration proceeding initiated by Plaintiffs against Amazon.

Dated: New York, New York
October 31, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ John M. Magliery*
John M. Magliery (CT29798)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Ph: (212) 489-8230
johnmagliery@dwt.com

Adam Sgro (*pro hac vice)*
adamsgro@dwt.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc.*