**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BENJAMIN LIGERI
CENTRAL CONCEPTS, INC
TRADEMARK HOLDINGS, LLC
GLOBAL SPECIALTY PRODUCTS, LLC
MEDCARE, LLC

Plaintiffs,

- against -

AMAZON.COM, INC
AMAZON, LLC
AMAZON SERVICES, LLC
AMAZON MEXICO SERVICES, INC
AMAZON BUSINESS PAYMENTS, INC
AMAZON PAYMENTS, INC
AMAZON CAPITAL SERVICES, INC,

Defendants.

Case No. 3:23-cv-00603-JAM

**STATUS REPORT CONCERNING ARBITRATION**

**I. Joint Status Report**

Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc. (collectively, "Amazon") and Plaintiffs Benjamin Ligeri, Central Concepts, Inc. Trademark Holdings, LLC, Global Specialty Products, LLC, and Medcare, LLC (collectively, "Plaintiffs") submit this joint status report pursuant to the Court's November 11, 2024, Memorandum Of Conference And Order ("Order") (Dkt. 84) to update the Court regarding the status of (1) any arbitration filed by Plaintiffs against Amazon, and (2) Plaintiff Ligeri's appeal (the "Appeal") of the Court's August 2, 2024 Order Granting Motion to Compel Arbitration as to Most Claims and Dismissing Remaining Non-Arbitrable Claims that Are Subject to an Alternative Forum Selection Clause (Dkt. 79). This first part of the Status Report is submitted jointly, but the second part of the Status Report is submitted solely by Amazon.

The Parties state that Plaintiffs have not initiated any arbitration proceedings against Amazon, and Plaintiffs have not filed any claims for injunctive relief in the Western District of Washington. As to the Appeal, on January 23, 2025, Amazon filed a motion to dismiss the Appeal (the "Motion"). Ligeri requested an extension on his time to oppose the motion, originally due February 6, 2025, which Amazon granted, and thereafter filed his opposition on February 10, 2025. Amazon's reply is due February 18, 2025. If the appeal is not dismissed, Amazon's brief on the merits of the Appeal is due March 21, 2025.

**II. Amazon's Status Report**

Plaintiffs did not consent to this part of the Status report, and Amazon makes this part of the Status Report only on its behalf. Amazon states that it has learned that Plaintiff Ligeri has filed, but not yet served, pro se a civil case against "Amazon, Inc." in Connecticut Superior Court, Case No. CV-24-6071799-S (the "State Court Action"). In the State Court Action, Plaintiff Ligeri has asserted claims for (1) abuse of process; (2) tortious interference with business expectancies; and (3) unfair trade practices. Plaintiff Ligeri bases these claims on Amazon's actions in this Court obtaining an order compelling Plaintiffs to arbitrate their claims against Amazon. A copy of the Amended Complaint filed in the State Court Action is attached hereto.

Amazon further states Plaintiff Ligeri has not served Amazon with process in the State Court Action. Amazon has filed a notice of removal in the State Court Action to remove the case to federal court on the basis of diversity jurisdiction, and is requesting assignment of the case to your Honor as a related case. Amazon believes that the claims in the State Court Action are meritless, but are nonetheless subject to arbitration under the parties' agreement, as decided by this Court's prior order compelling arbitration. Therefore, Amazon will seek to compel arbitration of the claims Ligeri asserts in the State Court Action.

Dated: New York, New York
February 12, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Paulus H. Chan*
Paulus Chan
157 Forest Hill Road
North Haven CT 06473
Tel: (860) 250-9536
Fax: (860) 631-1111
Email: phc_ssg@yahoo.com

*Attorney for Plaintiffs*

By: */s/ John M. Magliery*
John M. Magliery (CT29798)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Ph: (212) 489-8230
johnmagliery@dwt.com

Adam Sgro (*pro hac vice)*
adamsgro@dwt.com

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon Mexico Services, Inc., Amazon Payments, Inc., and Amazon Capital Services, Inc.*