MANDATE

D. Conn.
23-cv-603
Meyer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand twenty-five.

Present:
Steven J. Menashi,
Myrna Pérez,
Alison J. Nathan,
*Circuit Judges*.

---

Benjamin Ligeri,

*Plaintiff-Appellant*,

Central Concepts, Inc., et al.,

*Plaintiffs*,

v. 24-2337

Amazon.com, Inc., et al.,

*Defendants-Appellees*,

Amazon, LLC, Amazon Business Payments, Inc.,
*Defendants*.

---

Appellees move to dismiss the appeal for lack of jurisdiction, and, to the extent this Court has jurisdiction over the district court's order, for summary affirmance. Upon due consideration, it is hereby ORDERED that the motion to dismiss is GRANTED in part as to the district court's decision to stay the action and compel arbitration, and the appeal is DISMISSED sua sponte for lack of jurisdiction in remaining part. The district court's order compelling arbitration and staying the action is not a final order under 28 U.S.C. § 1291 and is not appealable under the collateral order doctrine. *See Cap Gemini Ernst & Young, U.S., L.L.C. v. Nackel*, 346 F.3d 360, 362 (2d Cir. 2003) (explaining 9 U.S.C. § 16(b) "expressly prohibits appeal from an interlocutory order,

MANDATE ISSUED ON 04/14/2025

compelling arbitration or staying an action pending arbitration, unless the district court certifies an interlocutory appeal pursuant to 28 U.S.C. § 1292(b)"); *Steele v. L. F. Rothschild & Co.,* 864 F.2d 1, 3 (2d Cir. 1988).

While the district court's decision not to allow Appellant to proceed pro se is appealable under the collateral order doctrine, *see O'Reilly v. New York Times Co.*, 692 F.2d 863, 867 (2d Cir. 1982); *see also Clark v. Santander Bank, N.A.*, 122 F.4th 56, 59 (2d Cir. 2024), this appeal was not timely filed from that decision. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007); 28 U.S.C. § 2107(a).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Catherine O'Hagan Wolfe



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
UNITED STATES COURT OF APPEALS SECOND CIRCUIT
Catherine O'Hagan Wolfe